UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAPHNE JOHNSON** | * | CIVIL ACTION # _____ |
| | * | |
| **Plaintiff,** | * | JUDGE _____ |
| | * | |
| **VERSUS** | * | |
| | * | MAGISTRATE: _____ |
| **THE UNITED STATES OF AMERICA** | * | |
| As the proper party Defendant to | * | |
| Represent the UNITED STATES | * | |
| POSTAL SERVICE as the employer of | * | |
| TARA TAYLOR and TARA TAYLOR | * | |
| | * | |
| **Defendants,** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORIGINAL COMPLAINT PURSUANT TO 28 U.S.C. § 2671, *et. seq.***

NOW INTO COURT, by and through undersigned counsel, comes Petitioner Daphne Johnson, a resident of and domiciled in Orleans Parish, State of Louisiana, who respectfully avers as follows:

### I.    PARTIES

Made defendants herein are:

1) UNITED STATES OF AMERICA, as the proper party to represent the UNITED STATES POSTAL SERVICE as the employer of TARA TAYLOR, and:

2) TARA TAYLOR, a natural person of the full age of majority, believed to be a resident of and domiciled in Orleans Parish, State of Louisiana.

### II.   JURISDICTION AND VENUE

This Honorable Court has jurisdiction in this matter against the Defendant, the United States of America pursuant to the Federal Torts Claim Act, 28 U.S.C. § 2671, et. seq. Venue is proper in this Honorable Court because the damages sustained by petitioner Daphne Johnson occurred in Orleans Parish, State of Louisiana.

### III.    FACTS ALLEGED

1.

On November 18, 2014, petitioner Daphne Johnson was the properly restrained driver and sole passenger of a 2010 Nissan Murano.  Your petitioner was attempting to cross the intersection of Crescent Street and Cartier Avenue in New Orleans, Louisiana.

2.

Your petitioner stopped at the stop sign on Cartier Street and then attempted to drive north through the intersection, when suddenly and without warning her vehicle was struck by a 1993 Grumman Long Life being Driven by defendant Tara Taylor causing vehicular damage and bodily injuries to your petitioner.

3.

The New Orleans Police Department was called to the scene and defendant Tara Taylor was cited for violation of La.R.S. § 32:121 for failure to yield.

4.

At all times material hereto, defendant Tara Taylor was acting within the course and scope of her employment with The United States of America through her direct employer, The United States Postal Service, thus making The United States of America liable under the Federal Torts Claims Act for any and all negligent acts and/or omissions of defendant Tara Taylor.

5.

The acts of negligence of the defendant Tara Taylor, were the sole and proximate cause of the collision and resulting damages to your petitioner in the following respects:

   a.   Careless operation of a vehicle;

b. Failure to yield;

c. Failing to keep a proper lookout;

d. Failing to obey applicable traffic laws, including but not limited to failure to yield;

e. Failing to maintain her vehicle under control so as to keep it from striking another vehicle;

f. Failing to see what she should have seen; and,

g. Any and all such other acts and/or omissions as will be shown at the trial of the merits hereof, all of which were in contravention of the exercise of due care, prudence and diligence and the laws of the State of Louisiana and Parish of Orleans, which are specifically pleaded herein as if copied in extenso.

6.

The accident at issue was in no way caused by the fault of petitioner Daphne Johnson.

7.

At all times material hereto, defendant Tara Taylor was operating the 1993 Grumman Long Life that was owned by her employer, The United States Postal Service.

8.

Petitioner Daphne Johnson avers that as a result of the accident she sustained serious and disabling physical injuries to her person for which she is entitled to medical expenses and damages reasonable in the premises.

9.

Petitioner Daphne Johnson further alleges that she is entitled to compensatory damages for past, present and future mental and physical pain and suffering, mental anguish and

anxiety, residual physical pain and disability, past, present and future lost wages and loss of enjoyment of life.

10.

As a result of the aforementioned accident and subsequent injuries, petitioner Daphne Johnson is entitled to past, present and future medical expenses in a reasonable sum.

11.

Prior to the filing of this complaint, Form SF 95 was filed with the appropriate authorities at the New Orleans Office of the United States Postal Service and forward to the United States Postal Service Office in Saint Louis, Missouri.

12.

Petitioner Daphne Johnson's claim was denied by the United States Postal Service thereby allowing your petitioner to file this civil action pursuant to 28 U.S.C.§ 2675.

## REQUEST FOR A JURY TRIAL

13.

Plaintiffs request a jury trial as to all issues.

## IV.    PRAYER FOR RELIEF

WHEREFORE, you petitioner prays as follows:

I.    For judgment jointly, severally and in solido, against named defendants, The United States of American and Tara Taylor, to pay unto her a reasonable sum for damages in the premises, together with legal interest from the date of judicial demand, until paid, and for all costs of these proceedings; and

II.   Awarding actual and exemplary damages to Plaintiff in an amount in excess of $1,500,000.00 *One Million five hundred thousand*;

III.   Awarding pre-judgment and post-judgment interest to Plaintiff;

IV.   Awarding the cost and the expenses, including reasonable attorney's fees, of this litigation to the Plaintiffs;

V.   For any and all general and equitable relief which may be afforded petitioner by this Honorable Court and the laws of the United States of America and the State of Louisiana.

Respectfully submitted:

EDWIN M. SHORTY, JR., & ASSOCIATES
A PROFESSIONAL LAW CORPORATION

*/s/ Edwin M. Shorty, Jr.*

EDWIN M. SHORTY, JR., Bar #28421 (Lead Counsel)
NATHAN M. CHIANTELLA, LSBA # 35450
650 Poydras Street, Suite 2515
New Orleans, Louisiana 70130
Phone:   (504) 207-1370
Fax:        (504) 207-0850
Email: eshorty@eshortylawoffice.com
Email: nchiantella@eshortylawoffice.com

H.L. HARPER & ASSOCIATES, L.L.C.

*/s/ Hope L. Harper*

**HOPE L. HARPER, LSBA# 33173**
1631 Elysian Fields Avenue
New Orleans, Louisiana 70117
Phone: (855) 880-4673
Fax:       (504) 322-3807
hharper@hlharperandassociates.com

*Counsel for Petitioner, Daphne Johnson*

**CERTIFICATE OF SERVICE**

I certify that on this the 14TH day of April, 2016, a copy of the foregoing pleading was filed with the clerk of court using the CM/ECF system. Notice of this filing will be served upon all parties by operation of the Court's electronic filing system and via U.S. Mail to the following:

                                          */s/ Edwin M. Shorty, Jr.*
                                          EDWIN M. SHORTY, JR.

The Honorable Loretta Lynch
Attorney General for the United State of America
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

The Honorable Kenneth Polite
U.S. Attorney for the Eastern District of Louisiana
U.S. Attorneys Office
650 Poydras Street, Suite 1600
New Orleans, LA 70130

Tara Taylor
1516 Aviators St.
New Orleans, LA 70122