UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAPHNE JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO:   16-03125** |
| **UNITED STATES OF AMERICA** | **SECTION: "S" (4)** |

## ORDER

The undersigned Magistrate Judge was notified that negotiations were successful and a settlement was reached (Rec. Doc. No. 28), therefore the Settlement Conference continuing by telephone **(Rec. Doc. #27)** is **CANCELLED.**

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

New Orleans, Louisiana, this 4th day of April 2017

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY:**
**Judge Mary Ann Vial Lemmon**